April 20, 1923, which reversed in part an order of Special Term granting a motion to bring in the appellant herein as a party defendant and directing as to the service of pleadings and trial of the action.

*Williams S. Stearns* for appellant.

*Dana L. Spring* and *Hamilton Ward* for plaintiff, respondent.

*William C. Warren, Jr.*, for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.

---

HARRY TAYLOR, Respondent, *v.* NATIONAL SURETY COMPANY, Appellant.

*Insurance — burglary — defense that insured failed to keep books.*

*Taylor* v. *National Surety Co.*, 206 App. Div. 787, affirmed.

(Argued November 23, 1923; decided December 27, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 3, 1923, affirming a judgment in favor of plaintiff entered upon a verdict. The action was to recover upon a policy of burglary insurance. The answer denied all of the material allegations of the complaint and set up as an affirmative defense that the respondent had failed to comply with the provision of the policy known as subdivision 5 of special agreements which provides that " the company shall not be liable  *  *  * unless books and accounts are kept by the assured in such manner that the exact amount of loss may be accurately determined therefrom by the company."

*George A. Orr* for appellant.

*Francis T. Findlay* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.